**26SL-CC04023**

Electronically Filed - St Louis County - May 28, 2026 - 01:06 PM

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

ROOSEVELT JOHNSON,                               )
        Plaintiff,                                    )
vs.                                              )          Case No.
                                                 )
NFM BUYER, LLC, d/b/a                            )
NEW FRONTIER MATERIALS,                          )
        Defendant.                                    )

Serve:
CSC-Lawyers Incorporating Service Company
221 Bolivar Street
Jefferson City, MO 65101

**PETITION**

COMES NOW Plaintiff Roosevelt Johnson, by his attorney Kenneth Leeds, and for his Petition against Defendant New Frontier Materials, states as follows:

1.     That at all times herein complained of Plaintiff was a resident of the County of St. Clair, State of Illinois.

2.     That at all times herein complained of Defendant New Buyer LLC, was a foreign corporation doing business in St. Louis County, State of Missouri under the fictitious name New Frontier Materials.

3.     That on or about the 17th day of April 2024, while in the process of transferring fuel from his fuel truck into a diesel fuel tank owned, operated and maintained by the Defendant, Plaintiff became aware that fuel from the truck was no longer filling Defendant's fuel tank, even though the fuel gauge on the fuel tank indicated that the fuel tank had not reached fuel capacity.

–1–

Electronically Filed - St Louis County - May 28, 2026 - 01:06 PM

4.    That Defendant shut off the power from his truck that energized the trucks fuel pump and then shut off the valve on Defendant's fuel tank where Plaintiff had connected his fuel hose.

5.    That in the process of disconnecting the fuel hose from the fuel pump, the fuel hose suddenly and without warning blew off and the fuel hose coupling struck Plaintiff's left foot.

6.    That at all times herein complained of the gauge attached to the valve referred to in the previous paragraph, and that measured the amount of fuel in Defendant's fuel tank, was defective because at the time Plaintiff started filling the fuel tank, the fuel gauge indicated that the fuel tank had the capacity to receive the fuel that Plaintiff was transferring when this was not the case.

7.    That at all times herein complained of Defendant committed one or more of the following negligent acts or omissions:

a.    Failed to inspect and/or maintain the valve/gauge in order that it would function as manufactured.

b.    Failed to replace the valve/gauge prior to Plaintiff's attempt to connect the fuel hose from his fuel truck to the valve.

c.    Failed to test the valve/gauge in order to determine if it was operating within manufacturer specifications.

d.    Failed to replace the valve/gauge prior to Plaintiff's attempt to connect the fuel hose from his fuel truck to the valve.

8.    That as a direct proximate result of one or more of the aforementioned negligent acts or omissions committed by Defendant, Plaintiff 's left foot was injured. That as a result of his

–2–

Electronically Filed - St Louis County - May 28, 2026 - 01:06 PM

injury Plaintiff was caused to incur and may in the future incur medical expenses; that Plaintiff has suffered and may in the future suffer pain and emotional distress; that Plaintiff has lost income; that Plaintiff's injuries are permanent, progressive and continuing.

WHEREFORE, Plaintiff Roosevelt Johnson prays that he be awarded fair and reasonable damages against Defendant in a sum in excess of $25,000.00, prejudgment interest, his costs herein incurred and for such other relief as the Court deems appropriate.

/s/Kenneth A. Leeds #30885
906 Olive Street
St. Louis, MO 63101
314-726-5555
kennethaleedspc@leedspc.com