UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROOSEVELT JOHNSON,                    )
        Plaintiff,                          )
vs.                                            )          Case No.  4:26-cv-01162-SRC
                                                )
NFM BUYER, LLC, d/b/a                )
NEW FRONTIER MATERIALS,          )
        Defendant.                        )

,

## **AI CERTIFCATION**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Stephen R. Clark, Chief United States District Judge for the Eastern District  and Western District of Missouri.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence-including quotations, citations, paraphrased assertions, and legal analysis-and that all filings will be fully checked for accuracy by a human being using print reporters or traditional legal data bases before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of the filing.

/s/Kenneth A. Leeds    #30885
906 Olive Street, Penthouse
St. Louis, Missouri 63101
314-726-5555
314-621-0262(Fax)
Kennethaleedspc@leedspc.com

## CERTIFICATE OF FILING

I, Kenneth Leeds, hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to the below listed attorney of record this 24th day of July 2026.

/s/Kenneth Leeds

Mr. Edward Zeidler II
Brown and James
800 Market Street, #1100
St. Louis, MO  63101